

# NUMBER 13-24-00423-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**RAYMOND JAMES TRUST, N.A.,**                 **Appellant,**

**v.**

**MICHELLE GLENN, INDIVIDUALLY, PERRY HILLIER, INDIVIDUALLY AND AS DULY APPOINTED ADMINISTRATOR OF THE ESTATE OF JO ANN TURRENTINE, MARK MCDONALD, INDIVIDUALLY, AND PATRICK MCDONALD, INDIVIDUALLY,**         **Appellees.**

---

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 3
## OF NUECES COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Cron**
**Memorandum Opinion by Justice Silva**

This cause is before the Court on the parties' amended "Joint Motion to Reverse and Remand for Entry of Agreed Take-Nothing Judgment." In the motion, the parties

advise that they have "executed a settlement agreement that has finally settled all claims they may have against one another." The parties request that this Court "reverse the [j]udgment and remand the case" to the trial court "for entry of an agreed, take-nothing judgment in accordance with the [p]arties' settlement agreement."

We construe this joint motion as a motion for voluntary dismissal of the appeal. *See* TEX. R. APP. P. 42.1(a)(2)(B) (providing that, "[i]n accordance with an agreement signed by the parties or their attorneys and filed with the clerk" we may "set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement").

The Court, having considered the documents on file and the amended joint motion by the parties, is of the opinion that the motion should be granted. We grant the amended joint motion, vacate the trial court's amended final judgment signed on July 15, 2024, dismiss the appeal, and remand the case for rendition of judgment in accordance with the parties' agreement. *See id*.

Additionally, and in accordance with the parties' agreement, costs are taxed against the party that incurred them. Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

CLARISSA SILVA
Justice

Delivered and filed on the
30th day of January, 2025.

2